**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMA HALL<br><br>             Plaintiff(s),<br><br>       v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>             Defendant(s). | CASE NO:<br>2:17−cv−00105−FMO−JPR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: March 20, 2017          /s/ *Fernando M. Olguin*
                               Fernando M. Olguin
                               United States District Judge